JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| United States of America, | Case No. SACV 07-00397 AG (ANx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Ten Parcels of Real Property (Vacant Lots) Located in San Bernardino County, California, | |
| Defendant. | |
| Ahmad Kikalaye; Keith Thomas, | |
| Claimants. | |

The Court enters judgment for the United States, and against the Defendant Properties and the Claimants.

Dated January 24, 2017

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT