UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TEN PARCELS OF REAL PROPERTY (VACANT LOTS) LOCATED IN SAN BERNARDINO COUNTY, CALIFORNIA,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>AHMAD KIKALAYE AND KEITH THOMAS,<br><br>　　　　Claimants. | No. EDCV 07-00397 AG (ANx)<br><br>**CORRECTED JUDGMENT OF FORFEITURE** |

　　　This action arose from the Verified Complaint for Forfeiture (hereafter, the "Complaint") filed herein on April 6, 2007 and an Amended Complaint filed herein on September 24, 2007. Notice of this action have been given in the matter required by law, and claimants Ahmad Kikalaye ("Kikalaye") and an inmate named Keith Thomas ("Thomas") (who has no apparent connection to the matter) have filed claims in the civil forfeiture action. Dkts. 5 & 11. Both claimants

have claimed an interest relating to the defendant real properties, but neither has actively pursued their interests or otherwise defended their interests, if any, in the defendants Ten Parcels of Real Property (Vacant Lots) Located in San Bernardino County, California (the "defendant real properties"). On January 23, 2017, the Court granted the motion of the United States of America for summary judgment as to the defendant real properties. Dkt. 104. A separate judgment was entered for the United States of America, and against the defendant real properties and the claimants on January 25, 2017. Dkt. 105. However, the judgment did not set forth a legal description of the defendant real properties. The legal descriptions of the defendant real properties are as follows:

>**Parcel No. 1**
>
>The West 1/2 of the East 1/2 of the North 1/2 of the North 1/2 of the West 1/2 of the Southeast 1/4 of Section 17, Township 9 North, Range 22 East, San Bernardino Base and Meridian, San Bernardino County, California, 5 acres, in the County of San Bernardino, State of California. Assessor's Parcel Number: 0659-263-29-0-000.
>
>**Parcel No. 2**
>
>The West 1/2 of the East 1/2 of the North 1/2 of the Southwest 1/4 of the Northeast 1/4 of Section 17, Township 9 North, Range 22 East, San Bernardino Base and Meridian, San Bernardino County, California, 5 acres, in the County of San Bernardino, State of California. Assessor's Parcel Number: 0659-263-16-0-000.

**Parcel No. 3**

The West 1/2 of the West 1/2 of the North 1/2 of the Northeast 1/4 of the Northeast 1/4 of Section 17, Township 9 North, Range 22 East, San Bernardino Base and Meridian, San Bernardino County, California, 5 acres, in the County of San Bernardino, State of California.

Assessor's Parcel Number: 0659-263-04-0-000.

**Parcel No. 4**

The East 1/2 of the West 1/2 of the North 1/2 of the Northeast 1/4 of the Northeast 1/4 of Section 17, Township 9 North, Range 22 East, San Bernardino ·Base and Meridian, San Bernardino County, California, 5 acres, in the County of San Bernardino, State of California.

Assessor's Parcel Number: 0659-263-05-0-000.

**Parcel No. 5**

The West 1/2 of the West 1/2 of the South 1/2 of the Southwest 1/4 of the Northwest 1/4 of Section 16, Township 7 North, Range 24 East, San Bernardino Base and Meridian, San Bernardino County, California, 5 acres, in the County of San Bernardino, State of California.

Assessor's Parcel Number: 0650-131-24-0-000.

**Parcel No. 6**

The Southeast 1/4 of the Southeast 1/4 of the Northeast 1/4 of Section 17, Township 6 North, Range 22 East, San Bernardino Base and Meridian, San Bernardino County, California, 10 acres, in the County of San Bernardino, State of California.

| | |
|---|---|
| 1 | Assessor's Parcel Number: 0651-181-30-0-000. |
| 2 | **Parcel No. 7** |
| 3 | The Southwest 1/4 of the Southwest 1/4 of the Northwest 1/4 |
| 4 | of Section 21, Township 6 North, Range 21 East, San |
| 5 | Bernardino Base and Meridian, San Bernardino County, |
| 6 | California, 10 acres, in the County of San Bernardino, |
| 7 | State of California. |
| 8 | Assessor's Parcel Number: 0651-271-66-0-000. |
| 9 | **Parcel No. 8** |
| 10 | The Southeast 1/4 of the Northwest 1/4 of the Northeast 1/4 |
| 11 | of Section 36, Township 6 North, Range 22 East, San |
| 12 | Bernardino Base and Meridian, San Bernardino County, |
| 13 | California, 10 acres, in the County of San Bernardino, |
| 14 | State of California. |
| 15 | Assessor's Parcel Number: 0651-281-23-0-000. |
| 16 | **Parcel No. 9** |
| 17 | The Northeast 1/4 of the Northeast 1/4 and the North 1/2 of |
| 18 | the North 1/2 of the Southeast 1/4 of the Northeast 1/4 of |
| 19 | Section 16, Township 6 North, Range 15 East, San Bernardino |
| 20 | Base and Meridian, San Bernardino County, California, 50 |
| 21 | acres, in the County of San Bernardino, State of |
| 22 | California. |
| 23 | Assessor's Parcel Number: 0654-021-30-0-000. |
| 24 | **Parcel No. 10** |
| 25 | The Northwest 1/4 of the Northeast 1/4 of Section 16, |
| 26 | Township 6 North, Range 15 East, San Bernardino Base and |

Meridian, San Bernardino County, California, 40 acres, in
                    the County of San Bernardino, State of California.
                    Assessor's Parcel Number: 0654-021-24-0-000.
Title to the defendant real properties is held in the name of Kikalaye Ahmed, a single man. There are no other persons or entities with a recorded interest in the defendant real properties.

On January 23, 2017, the Court granted the motion of the United States of America for summary judgment as to the defendant real properties. Dkt. 104. **ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED** that all rights, title, and interest of claimants Ahmad Kikalaye and Keith Thomas, and all unknown potential claimants in and to the defendant real properties are condemned and forfeited to the United States of America.

**IT IS SO ORDERED.**

DATED: February 23, 2018  _____
UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVE R. WELK
Chief, Asset Forfeiture Section

\_\_/s/ Frank D. Kortum_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA